UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | | |
|---|---|---|
| CAMBRIDGE PLACE GROUP, LLC, | ) | |
| Petitioners, | ) ) ) | Case No. 5:22-cv-00112-GFVT |
| v. | ) ) | |
| LEE SAINT MARTIN, | ) ) | **JUDGMENT** |
| Respondent. | ) ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Opinion and Order entered on September 26, 2023 [R. 21] and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. Judgment is **ENTERED** in favor of the Petitioners;

2. This action is **DISMISSED** and **STRICKEN** from the Court's active docket; and

3. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 16th day of September, 2024.

Gregory F. Van Tatenhove
United States District Judge